UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILLY DRIVER,

        Plaintiff,

  v.

JUDGE JAQUELINE S. CORLEY,

        Defendant.

Case No. 23-cv-03696-JD

**ORDER RE DISMISSAL**

Plaintiff, a state prisoner acting pro se, filed a civil rights action under 42 U.S.C. § 1983. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee or filed a complete application to proceed IFP. The case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 16, 2023

JAMES DONATO
United States District Judge